UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEST COMPANIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.   5:20-cv-06971-EJD <br><br> **ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE** |

For good cause shown, and to promote judicial efficiency, the Court hereby STAYS this action and ADMINISTRATIVELY CLOSES the case pending the outcome of the appeal in *Named Plaintiffs and Settlement, et al. v. Apple Inc.*, Case No. 21-15761 (9th Cir).  The parties shall file a joint status report within **10 days** of the Ninth Circuit's ruling.

**IT IS SO ORDERED.**

Dated: June 16, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-06971-EJD
ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE
1